UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dos Amigos, Inc., a California corporation,<br><br>                                  Plaintiff,<br><br>v.<br><br>Embotelladora Aga del pacific, S.A. de C.V., a corporation of Mexico,<br><br>                                  Defendant. | Case No.:  21cv231-JO-DDL<br><br>**GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE** |

      Plaintiff Dos Amigos, Inc. filed its complaint on February 5, 2021.  Dkt. 1.  On June 16, 2021, the Court ordered Plaintiff to show cause why this case should not be dismissed for failing to serve Defendant, a foreign corporation.  Dkt. 3.  On July 13, 2021, Plaintiff filed a response to the OSC, requesting 90 more days to serve Defendant.  Dkt. 4.  After more than 160 days had passed, Plaintiff had still not served the complaint.  On December 20, 2021, the Court issued a second order to show cause why this case should not be dismissed for failure to prosecute.  Dkt. 5.  Plaintiff did not respond to the second order to show cause.  After this case was transferred to the undersigned, Plaintiff filed an *ex parte* motion requesting to hire a special process server to serve Defendant in Mexico in accordance with Federal Rule of Civil Procedure 4, which the Court construes as a request

1  for extension of time to serve Defendant.  Accordingly, the Court GRANTS Plaintiff's
2  motion [Dkt. 7].  Plaintiff has 90 days from the date of this order to serve Defendant as
3  outlined in its motion or in any other manner consistent with Rule 4.  Failure to serve the
4  Defendant within 90 days will result in the dismissal of this case.

**IT IS SO ORDERED.**

Dated:  October 5, 2022

_____
Hon. Jinsook Ohta
United States District Court